**RECEIVED**

JUN 3 0 2011

JUN 30 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

Shawn H. Greene

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cicero Police Dept.
Town of Cicero
Town President
Larry Dominick

11 C 4452
Judge Gary Feinerman
Magistrate Judge Sheila M. Finnegan

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Shawn H Greene

B. List all aliases:

C. Prisoner identification number: #R53709

D. Place of present confinement: Stateville I.D.O.C

E. Address: P.O. Box 112 Joliet IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Cicero Police Dept/Town of Cicero

Title: Town President Larry Dominick

Place of Employment: town of Cicero

B. Defendant: 

Title: 

Place of Employment: 

C. Defendant: 

Title: 

Place of Employment: 

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.  Name of case and docket number: N/A

   B.  Approximate date of filing lawsuit: N/A

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D.  List all defendants: N/A

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

   F.  Name of judge to whom case was assigned: N/A

   G.  Basic claim made: N/A

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

   I.  Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)**

On March 22nd I was taken into Cicero police Dept. I was booked and brought to a cell in cicero police Dept. The cell that cicero police lock up put me in had no mattres or blankets I asked for a mattress to lay on and was told no by lock up because they said inmates tear up the mattress and blankets. I layed in the floor that night.

On march 23rd it was so cold in my cell and my back was hurting so bad I started to be sick and was very sore from laying in the floor and slab of concrete the lock up officer called a amblance to take me to Macneal Hospital in Berwyn my side and back was hurting bad.

Revised 9/2007

macneal Hospital took x-rays and treated me and cicero police drove me back to cicero police Dept. when getting back ~~they the lockup~~ put me back into the same cell with no mattress and no blanket. I asked for a mattress and was told no, Again that night I layed in the floor and on a concrete slab for over 48 hours I was treated like a dog and ever since my back still hurts me on the 24th or the 25th I was shipped to the cook county jail.
\*End of report\*

Revised 9/2007

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*See Attached ~~papers~~ pages*

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of June, 20 11

_____ #R53709
(Signature of plaintiff or plaintiffs)

Shawn H Greene
(Print name)

#R53709
(I.D. Number)

Stateville correctional Center p.o. Box 112 Joliet IL. 60434
(Address)

Revised 9/2007

(INTRODUCTION)

This is a civil Action filed Pursuant to 42 U.S.C. Section 1983 Sounding in tort against the Cicero Police Dept, town of Cicero and President Larry Dominick of town of Cicero A Local Government unit for violation of the State statutory commands of 720 ILCS 5/12-(d), 725 ILCS 5/103-2 (c) of the Cicero Police Department, town of Cicero Act in which Defendants owed Plaintiff A duty of care to provide for his health, safety and welfare while in their custody intentionally and illegally subjected Plaintiff to forced inhumane conditions pursuant to a unwritten Policy custom and practice that defendants denied plainiff Shawn H Greene access to Basic needs such as blanket and mattress.

Wherein Defendants unconstitutional PRActice was due in part to All new Arrestee's in their custody destroying such items.

Defendants have Approved, condoned and Sanctioned such practices with their knowledge

and consent. And that as A result of such policy, practice and customs being enforced by Defendants and the town of cicero, cicero police Department and president Larry Dominick of the town of cicero. In doing so, plaintiff has suffered a serious back injury in violation of his (8th) and (14th) Amendment rights to the united state constitution.

(RELIEF)

Ⓐ Issue a preliminary and permanent injunction Prohibiting the town of cicero, cicero police Dept and president Larry Dominick of town of cicero from enforcing the unwritten policy practice and custom of denied plaintiff shaun H Greene and or assarreste's in there custody with the Basic human needs such as blankets and mattress within cicero police Dept.

Ⓑ Issue an order Appointing a special master and/or Panel to be nominated by the parties herein Appointed by the court for the purposes of overseeing, supervising observation and Evaluating the implementation by the defendants of the orders, injunctions and Judgements of the court

Ⓒ Retain continuing Jurisdiction over this case

D) Award Plaintiff compensatory Damages in the Amount of $50,000 from each named-defendant

E) Award Plaintiff Punitive Damages in the Amount of $50,000 from All Defendants in this Action Collectively.

F) Award Plaintiff Pre-Judgement interest from the date of Plaintiffs injuries at a rate as provided by law

G) Grant Plaintiff his costs, Expenses of filing this Suit and reasonable Attorney fee(s).

H) Grant Plaintiff a trial by Jury on all issues trialable by Jury

I) Grant plaintiff such other further and Additional relief as to this court may seem Just, proper and Appropriate in this matter

Respectfully submitted

*[signature]*

Shawn H Greene #R53709
Stateville Correctional Center
P.O. Box 112 Joliet IL 60434